UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

RICHARD E. LEWIS,

                           Plaintiff,

        -against-

COMMISSIONER OF SOCIAL SECURITY,

                         Defendant.

-----------------------------------------------------------------X

22-CV-06024 (JPC)(SN)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/15/2022

**SARAH NETBURN, United States Magistrate Judge:**

       Defendant filed their motion to dismiss on October 13, 2022. ECF. No. 15. Accordingly, Plaintiff's opposition was due no later than October 27, 2022. As of today, Plaintiff has made no such filing. Plaintiff is warned that failure to prosecute this action may warrant dismissal under Rule 41(b) of the Federal Rules of Civil Procedure. The Clerk of Court is respectfully directed to mail a copy of this order to Plaintiff.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:   November 15, 2022
               New York, New York