```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___12/22/2022___
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X

**RICHARD E. LEWIS,**

**Plaintiff,**                                      **22-CV-06024 (JPC)(SN)**

-against-                                            **ORDER**

**COMMISSIONER OF SOCIAL SECURITY,**

**Defendant.**

-------------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

On October 13, 2022, Defendant filed their motion to dismiss. ECF No. 15. Accordingly,

Plaintiff's opposition, if any, was due no later than October 27, 2022. Because Plaintiff has made

no such filing, this matter is now fully briefed.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:        December 22, 2022
              New York, New York