UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
RICHARD E. LEWIS, :
:
                Plaintiff, :
: 22 Civ. 6024 (JPC)
  -v- :
: ORDER
COMMISSIONER OF SOCIAL SECURITY, :
:
                Defendant. :
:
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      By March 3, 2023, Defendant shall serve Plaintiff with a copy of Judge Netburn's Report and Recommendation, Dkt. 21, via overnight courier. Defendant shall file proof of such service on the docket by March 7, 2023.

      SO ORDERED.

Dated: March 2, 2023
      New York, New York

                                            JOHN P. CRONAN
                                          United States District Judge